1

**KYM SAMUEL CUSHING**
Nevada Bar No. 4242

2

**LARA A. HOOVER**
Nevada Bar No. 8123

3

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

4

300 South 4th Street ,11th Floor
Las Vegas, NV 89101-6014

5

702.727.1400; FAX 702.727.1401
kym.cushing@wilsonelser.com

6

lara.hoover@wilsonelser.com
Attorneys for Defendant

7

*CONAM MANAGEMENT CORPORATION*

8

9

## UNITED STATES DISTRICT COURT

10

### DISTRICT OF NEVADA

11

| GRACIELA TOBON, | CASE NO.: |
| --- | --- |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |
| SILVERADO REAL ESTATE, LLC; CONAM MANAGEMENT CORPORATION; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

12

13

14

15

16

17

18

19

**TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

20

Defendant CONAM MANAGEMENT CORPORATION, by and through its attorneys of

21

record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, petitions this Court

22

for the removal of the within action from the District Court of the State of Nevada in and for the

23

County of Clark, in which it is currently pending, to the United States District Court for the

24

District of Nevada at Las Vegas, pursuant to 28 USC §1441(b), et. seq.

25

26

As part of this petition, Defendant shows the Court the following:

27

1.    Plaintiff, a resident of Nevada, commenced this matter in the Eighth Judicial

28

District Court, Clark County, State of Nevada in Case No. A-15-713153-C, by the filing of a

complaint on January 29, 2015.  A copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

2.    Plaintiff filed a First Amended Complaint on February 17, 2015, setting forth her claims for relief. A copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit "B."**

3.    Defendant, CONAM MANAGEMENT CORPORATION, is and at all times relevant hereto, a California corporation licensed to do business with its principal place of business in California.

4.    This is an action for alleged negligence/premises liability.  Plaintiff's allegations arise from her alleged injures that occurred in the parking lot area of the Silverado Village Apartments. Plaintiff is claiming she "suffered personal injuries to her body, some or all of which may be permanent and lasting in nature, and which injuries caused pain and suffering to the Plaintiff in an amount in excess of $10,000. "See Compl. ¶ 10.  Plaintiff is also making a claim for general damages in excess of $10,000, a claim for damages for costs of medical care and treatment, damages for loss of earnings and/or loss of earning capacity and a claim for attorney's fees and costs.  Defendant is informed and believes that the amount in controversy between the parties is in excess of $75,000.00.

a.    Plaintiff issued a settlement demand for insurance policy limits on December 19, 2013.  The basis of the policy limits demand was $101,924.26 in incurred and future medical costs.  The medical costs were summarized within the settlement demand as follows:

| | |
|---|---|
| American Medical Response | $ 1,040.25 |
| UMC Hospital | $ 3,268.90 |
| EMP | $ 504.95 |
| Desert Radiology Solutions, LLC | $ 161.00 |
| Spinal Rehabilitation Centers SC | $ 6,785.00 |
| Strehlow Radiology Consultants | $ 110.00 |
| DCP Holdings, LLC | $ 6,600.00 |
| Gary LaTourette | $ 985.00 |
| Select Physical Therapy | $ 7,877.00 |
| Desert Orthopaedic Center | $ 1,431.00 |
| WellCare Pharmacy | $ 1,739.95 |
| Partell Pharmacy | $ 121.46 |

| Approximate future medical expenses | $ 71,300.00 |
|---|---|
| **Total Medical Damages** | $101,924.26 |

b.       Defendant CONAM MANAGEMENT CORPORATION was provided with medical records that were purported to be related to treatment from Plaintiff's alleged fall.

5.       This Court has original jurisdiction over the subject matter of this action under the provisions of section §1332 of Title 28 U.S.C., in that there is complete diversity between the parties, and more than $75,000.00 in controversy, exclusive of interest and costs.  Pursuant to §1441 of Title 28 U.S.C., Defendant CONAM MANAGEMENT CORPORATION is entitled to remove the action to this Court.

6.       A copy of the Complaint and Summons are attached hereto and marked respectively as **Exhibit "A"** and **Exhibit "C."**  The Summons and Complaint were served on the resident agent for CONAM MANAGEMENT CORPORATION on February 5, 2015.  The First Amended Complaint was electronically filed on February 17, 2015 and is attached as **Exhibit "B."**  Counsel for CONAM MANAGEMENT CORPORATION agreed to accept service of the First Amended Complaint on February 23, 2015.

7.       A true and correct copy of this Notice of Removal is Being filed this date with the Clerk of the Court for the Eighth Judicial District Court of Clark County, Nevada and is attached hereto as **Exhibit "D."**

///

///

///

///

///

///

8.    Based on the forgoing, Defendant CONAM MANAGEMENT CORPORATION hereby removes the action now pending in the Clark County District Court as Case No. A-15-713153-C, assigned to Department XXVII.

DATED THIS _____ day of February, 2015.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
Kim Samuel Cushing
Nevada Bar No. 4242
Lara A. Hoover
Nevada Bar No. 8123
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
*CONAM MANAGEMENT CORPORATION*

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 26 day of February, 2015, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(b) (DIVERSITY)** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Ralph E. Porter, Esq.
RALPH PORTER & ASSOCIATES, P.C.
525 S. Ninth Street
Las Vegas, NV 89101
Attorneys for Plaintiff
*Graciela Tobon*

An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

# EXHIBIT "A"

# EXHIBIT "A"

Electronically Filed
01/29/2015 01:52:16 PM

CLERK OF THE COURT

**COMP**
Ralph E. Porter, Esq.
Nevada Bar No. 4130
**RALPH PORTER & ASSOCIATES, P.C.**
525 S. Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorney for Plaintiff

*RALPH PORTER & ASSOCIATES, P.C.*
*525 S. NINTH STREET*
*LAS VEGAS, NV 89101*
*(702) 384-5800*

**DISTRICT  COURT**

**CLARK COUNTY, NEVADA**

GRACIELA TOBON,

                          Plaintiff,

vs.

CONAM MANAGEMENT CORPORATION
d/b/a SILVERADO VILLAS APARTMENTS;
DOES I through X, and ROE CORPORATIONS
I through X, inclusive,

                          Defendants.

CASE NO.:
DEPT. NO.:

A- 15- 713153- C

XXVI I

**COMPLAINT**

    COMES NOW, Plaintiff, GRACIELA TOBON, and hereby complains and alleges as follows:

    1.      That at all times mentioned herein, Plaintiff, GRACIELA TOBON, was and is a resident of Clark County, Nevada.

    2.      That upon information and belief, at all times relevant to this action, Defendant, CONAM MANAGEMENT CORPORATION d/b/a SILVERADO VILLAS APARTMENTS, was a corporation doing business in Las Vegas, Clark County, Nevada and was the owner/operator of the apartment complex located at 3750 Arville Street, Las Vegas, Nevada 89103.

3.     That upon information and belief, at all times relevant to this action, DEFENDANT ROE CORPORATION was a corporation doing business in Las Vegas, Clark County, Nevada and was the owner of the apartment complex located at 3750 Arville Street, Las Vegas, Nevada 89103.

4.     That the true names or capacities, whether individual, corporate, associate or otherwise of Defendants DOES I through X, ROE CORPORATIONS I through X, are unknown to Plaintiff, who therefore, sues said Defendants by such fictitious names.  Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated as DOE or ROE CORPORATIONS is responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged.   Plaintiff shall request leave of this Court to amend this Complaint to insert the true names and capacities of Defendants DOES I through X and ROE CORPORATIONS I through X, when the same are ascertained, and will request to join such Defendants in this action at such time.

5.     That at all times relevant hereto the Defendants, CONAM MANAGEMENT CORPORATION d/b/a SILVERADO VILLAS APARTMENTS and/or DEFENDANT ROE CORPORATION, were and are the owners of certain real property, located in the City of Las Vegas, County of Clark, State of Nevada, at 3750 Arville Street, Las Vegas, Nevada 89103.

6.     Upon information and belief, that at all times relevant hereto the Defendants, CONAM MANAGEMENT CORPORATION d/b/a SILVERADO VILLAS APARTMENTS and/or DEFENDANT ROE CORPORATION, were authorized and doing business in Clark County, Nevada, and owned, operated and maintained the property where the subject incident occurred.

7.     That Defendants, CONAM MANAGEMENT CORPORATION d/b/a SILVERADO VILLAS APARTMENTS and/or DEFENDANT ROE CORPORATION, owed a duty to Plaintiff to maintain its premises in a safe condition, including a duty to maintain any

parking structures/parking lots, etc. within and around the property.

8.    On or about March 1, 2013 at approximately 7:30 p.m., Plaintiff, GRACIELA TOBON, was visiting a friend for the first time at the Silverado Villas Apartments.   As Plaintiff was walking through the parking lot (in the dark), she tripped and fell on a concrete parking bumper/stopper that was located in the middle of a parking space on Defendants' property, causing injury.

9.    Defendants failed to use reasonable and ordinary care under the circumstances and caused and/or allowed the concrete parking bumper/stopper to be placed in an area which caused a dangerous condition to exist on the Defendants' premises.

10.   That the incident and the injuries to Plaintiff were directly and proximately caused by the negligence of Defendants, and each of them, who failed to maintain the property and/or premises in a reasonably safe condition.   As a direct and proximate result, Plaintiff tripped and fell on the concrete parking bumper/stopper, causing injury. As a result of Defendants' negligence, Plaintiff suffered personal injuries to her body, some or all of which may be permanent and lasting in nature, and which injuries caused pain and suffering to the Plaintiff in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00).

11.   That at all times mentioned herein, and prior to the incident referred to herein above, the Defendants, and each of them, knew, or should have known of the existence of a dangerous condition of the property created by virtue of the lack of maintenance in Las Vegas, Nevada.   The Defendants, and each of them, negligently failed to take the appropriate measures to ensure the safety of persons on their property.   By virtue of the foregoing negligence of Defendants, which negligence was and is concurrent and simultaneous, Defendants failed to maintain their property and/or premises in a reasonably safe condition as required by law in order to preserve the health, safety and welfare of members of the public, including Plaintiff, who was lawfully on the property.

12.   As a further direct and proximate result of the foregoing negligence of Defendants, and each of them, Plaintiff sustained a personal injury and has, and may in the future, be caused to expend sums of money for medical care and treatment and related expenses which are incidental thereto, the exact amount of which cannot at this time be ascertained or determined, in as much as the same are still accruing.  The Plaintiff will request leave of this Court to amend the Complaint accordingly to show such damages at or before the time of the hearing or trial of this matter.

13.   That as a result of the Defendants' negligence, Plaintiff has incurred, and may in the future incur, a loss of wages, the exact nature and extent of which are unknown at this time.

14.   That is has been necessary for the Plaintiff to retain an attorney to prosecute this action, and the Plaintiff is therefore entitled to an award of attorney's fees as and if provided by law.

WHEREFORE, Plaintiff, expressly reserving the right to amend the Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

1.   General damages in an amount in excess of $10,000;

2.   Damages for costs of medical care and treatment;

3.   Damages for loss of earnings and/or loss of earning capacity;

4.   Reasonable attorney fees and costs of suit incurred herein;

. . . .

. . . .

. . . .

. . . .

. . . .

1     5.     For such other and further relief as the Court may deem proper in the premises.

2     DATED this _29_ day of _January_, 2015.

3

4                          **RALPH PORTER & ASSOCIATES**

5

6                          By

7                          RALPH E. PORTER, ESQ.

                              Nevada Bar No. 4130

8                          525 S. Ninth Street

                              Las Vegas, Nevada 89101

9                          Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "B"

# EXHIBIT "B"

Electronically Filed
02/17/2015 10:16:28 AM

1   **ACOM**
    Ralph E. Porter, Esq.
2   Nevada Bar No. 4130
    **RALPH PORTER & ASSOCIATES, P.C.**
3   525 S. Ninth Street
    Las Vegas, Nevada 89101
4   (702) 384-5800
    Attorney for Plaintiff
5

**CLERK OF THE COURT**

6

7                           **DISTRICT  COURT**

8                       **CLARK COUNTY, NEVADA**

9   GRACIELA TOBON,                          )
                                             )      CASE NO.:  A-15-713153-C
10                  Plaintiff,               )      DEPT. NO.: XXVII
                                             )
11                                           )
                                             )
12  vs.                                      )
                                             )
13  SILVERADO REAL ESTATE, LLC;              )
    CONAM MANAGEMENT CORPORATION;            )
14  DOES I through X; ROE CORPORATIONS       )
    I through X, inclusive,                  )
15                                           )
                    Defendants.              )
16  _____ )

17                     **FIRST AMENDED COMPLAINT**

18          COMES NOW, Plaintiff, GRACIELA TOBON, and hereby complains and alleges as

19  follows:

20          1.      That at all times mentioned herein, Plaintiff, GRACIELA TOBON, was and is a

21  resident of Clark County, Nevada.

22          2.      That upon information and belief, at all times relevant to this action,

23  Defendant, SILVERADO REAL ESTATE, LLC, was a company doing business in Las

24  Vegas, Clark County, Nevada and was the owner/operator of the apartment complex named

25  the Silverado Villas Apartments and located at 3750 Arville Street, Las Vegas, Nevada 89103.

26          3.      That upon information and belief, at all times relevant to this action, CONAM

27

28

RALPH PORTER & ASSOCIATES, P.C.
525 S. NINTH STREET
LAS VEGAS, NV 89101
(702) 384-5800

MANAGEMENT CORPORATION was a corporation doing business in Las Vegas, Clark County, Nevada and was the operator/management company of the apartment complex located at 3750 Arville Street, Las Vegas, Nevada 89103.

4.     That the true names or capacities, whether individual, corporate, associate or otherwise of Defendants DOES I through X, ROE CORPORATIONS I through X, are unknown to Plaintiff, who therefore, sues said Defendants by such fictitious names.  Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated as DOE or ROE CORPORATIONS is responsible in some manner for the events and happenings referred to and caused damages proximately to Plaintiff as herein alleged.  Plaintiff shall request leave of this Court to amend this Complaint to insert the true names and capacities of Defendants DOES I through X and ROE CORPORATIONS I through X, when the same are ascertained, and will request to join such Defendants in this action at such time.

5.     That at all times relevant hereto the Defendants, SILVERADO REAL ESTATE, LLC and CONAM MANAGEMENT CORPORATION, were and are the owners and/or operators of certain real property, located in the City of Las Vegas, County of Clark, State of Nevada, at 3750 Arville Street, Las Vegas, Nevada 89103.

6.     Upon information and belief, that at all times relevant hereto the Defendants, SILVERADO REAL ESTATE, LLC and CONAM MANAGEMENT CORPORATION, were authorized and doing business in Clark County, Nevada, and owned, operated and maintained the property where the subject incident occurred.

7.     That Defendants, SILVERADO REAL ESTATE, LLC and CONAM MANAGEMENT CORPORATION, owed a duty to Plaintiff to maintain its premises in a safe condition, including a duty to maintain any parking structures/parking lots, etc. within and around the property.

8.     On or about March 1, 2013 at approximately 7:30 p.m., Plaintiff, GRACIELA

TOBON, was visiting a friend for the first time at the Silverado Villas Apartments. As Plaintiff was walking through the parking lot (in the dark), she tripped and fell on a concrete parking bumper/stopper that was located in the middle of a parking space on Defendants' property, causing injury.

9.     Defendants failed to use reasonable and ordinary care under the circumstances and caused and/or allowed the concrete parking bumper/stopper to be placed in an area which caused a dangerous condition to exist on the Defendants' premises.

10.   That the incident and the injuries to Plaintiff were directly and proximately caused by the negligence of Defendants, and each of them, who failed to maintain the property and/or premises in a reasonably safe condition. As a direct and proximate result, Plaintiff tripped and fell on the concrete parking bumper/stopper, causing injury. As a result of Defendants' negligence, Plaintiff suffered personal injuries to her body, some or all of which may be permanent and lasting in nature, and which injuries caused pain and suffering to the Plaintiff in an amount in excess of TEN THOUSAND DOLLARS ($10,000.00).

11.   That at all times mentioned herein, and prior to the incident referred to herein above, the Defendants, and each of them, knew, or should have known of the existence of a dangerous condition of the property created by virtue of the lack of maintenance in Las Vegas, Nevada. The Defendants, and each of them, negligently failed to take the appropriate measures to ensure the safety of persons on their property. By virtue of the foregoing negligence of Defendants, which negligence was and is concurrent and simultaneous, Defendants failed to maintain their property and/or premises in a reasonably safe condition as required by law in order to preserve the health, safety and welfare of members of the public, including Plaintiff, who was lawfully on the property.

12.   As a further direct and proximate result of the foregoing negligence of Defendants, and each of them, Plaintiff sustained a personal injury and has, and may in the

future, be caused to expend sums of money for medical care and treatment and related expenses which are incidental thereto, the exact amount of which cannot at this time be ascertained or determined, in as much as the same are still accruing.  The Plaintiff will request leave of this Court to amend the Complaint accordingly to show such damages at or before the time of the hearing or trial of this matter.

13.     That as a result of the Defendants' negligence, Plaintiff has incurred, and may in the future incur, a loss of wages, the exact nature and extent of which are unknown at this time.

14.     That is has been necessary for the Plaintiff to retain an attorney to prosecute this action, and the Plaintiff is therefore entitled to an award of attorney's fees as and if provided by law.

WHEREFORE, Plaintiff, expressly reserving the right to amend the Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

1.     General damages in an amount in excess of $10,000;

2.     Damages for costs of medical care and treatment;

3.     Damages for loss of earnings and/or loss of earning capacity;

4.     Reasonable attorney fees and costs of suit incurred herein;

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

5.     For such other and further relief as the Court may deem proper in the premises.

DATED this _____17_____ day of _____Feb_____, 2015.

RALPH PORTER & ASSOCIATES

By_____
RALPH E. PORTER, ESQ.
Nevada Bar No. 4130
525 S. Ninth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

# EXHIBIT "C"

# EXHIBIT "C"

Electronically Filed
02/11/2015 02:46:42 PM

AOS
RALPH PORTER & ASSOCIATES, P.C.
525 South 9th Street
Las Vegas, NV  89101
702 384-5800
*Attorney for:*  Plaintiff

*[signature]*

**CLERK OF THE COURT**

## DISTRICT COURT
## CLARK COUNTY NEVADA

GRACIELA TOBON

*Plaintiff*

CONAM MANAGEMENT CORPORATION D/B/A SILVERADO VILLAS
APARTMENTS

*Defendant*

*Case Number:* **A-15-713153-C**

*Dept/Div:*  **XXVII**

**RETURN OF SERVICE**

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Wednesday February 04 2015; 1 copy(ies) of the:

**SUMMONS; COMPLAINT**

**I served the same on Thursday February 05 2015 at 09:20AM by:**

**Serving Defendant CONAM MANAGEMENT CORPORATION D/B/A SILVERADO VILLAS APARTMENTS, BY SERVING THE PRENTICE-HALL CORPORATION SYSTEM, NEVADA, INC., REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: CAYLA DENNEY, CUSTOMER SERVICE ON BEHALF OF THE PRENTICE-HALL CORPORATION SYSTEM, NEVADA, INC., REGISTERED AGENT, PURSUANT TO NRS 14.020 SUBSECTION 6(B), AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE MOST RECENT ACTUAL PHYSICAL LOCATION IN THIS STATE AT WHICH THE REGISTERED AGENT IS AVAILABLE FOR SERVICE OF PROCESS, AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Authorized Agent.  at the Defendant's Business located at 2215-B RENAISSANCE DR, Las Vegas, NV  89119.

Pursuant to NRS 53.045, I declare under the penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.
**Executed: Friday February 06 2015**

*[signature]*

Affiant: KEVIN R. SMITH #R-038414
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

# EXHIBIT "D"

# EXHIBIT "D"

1 | **NOTC**
**KYM SAMUEL CUSHING**
2 | Nevada Bar No. 4242
**LARA A. HOOVER**
3 | Nevada Bar No. 8123
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
4 | 300 South 4th Street, 11th Floor
5 | Las Vegas, NV 89101-6014
702.727.1400; FAX 702.727.1401
6 | kym.cushing@wilsonelser.com
7 | lara.hoover@wilsonelser.com
Attorneys for Defendant
8 | *CONAM MANAGEMENT CORPORATION*

9 | **DISTRICT COURT**

10 | **CLARK COUNTY, NEVADA**

11 |

12 | GRACIELA TOBON,                    CASE NO.: A-15-713153-C
DEPT NO.: XXVII

13 |            Plaintiff,

14 | vs.                               **NOTICE OF REMOVAL OF ACTION**
**TO FEDERAL COURT**

15 | SILVERADO REAL ESTATE, LLC; CONAM

16 | MANAGEMENT CORPORATION;
DOES I through X, and ROE

17 | CORPORATIONS I through X, inclusive,

18 |            Defendants.

19 |

20 | **TO:    THE EIGHTH JUDICIAL DISTRICT COURT;**

21 | **TO:    GRACIELA TOBON, Plaintiff and**
22 |

23 | **TO:    RALPH E. PORTER, ESQ., her attorney.**

24 |        PLEASE TAKE NOTICE that Defendant CONAM MANAGEMENT CORPORATION,

25 | by and through its counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN &

26 | DICKER LLP, has removed this action to the United States District Court, District of Nevada,

27 | pursuant to 28 U.S.C. §1441.

28 |

751372v.1

1   A true and correct copy of the Notice of Removal filed in the United States District Court

2   is attached as Exhibit "A."

3   DATED THIS ___ day of February, 2015.

4                                   **WILSON, ELSER, MOSKOWITZ,**
5                                   **EDELMAN & DICKER LLP**

6
7               BY: _____
                    Kym Samuel Cushing
8                   Nevada Bar No. 4142
                    Lara A. Hoover
9                   Nevada Bar No. 8123
                    300 South 4th Street, 11th Floor
10                  Las Vegas, NV 89101
                    Attorneys for Defendant
11                  *CONAM MANAGEMENT CORPORATION*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              Page 2 of 3

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 26th day of February, 2015, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Ralph E. Porter, Esq.
RALPH PORTER & ASSOCIATES, P.C.
525 S. Ninth Street
Las Vegas, NV 89101
Attorneys for Plaintiff
*Graciela Tobon*

An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Page 3 of 3

751372v.1