```
1   KYM SAMUEL CUSHING
    Nevada Bar No. 4242
2   MARK C. SEVERINO
    Nevada Bar No. 14117
3   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
4   300 South 4th Street, 11th Floor
    Las Vegas, NV 89101-6014
5   702.727.1400; FAX 702.727.1401
    kym.cushing@wilsonelser.com
6   Mark.severino@wilsonelser.com
7   Attorney for Defendant
    CONAN MANAGEMENT CORPORATION D/B/A SILVERADO VILLAS APARTMENTS
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRACIELA TOBON,<br><br>Plaintiff,<br><br>vs.<br><br>SILVERADO REAL ESTATE, LLC;<br>CONAM MANAGEMENT CORPORATION;<br>DOES I through X, and ROE CORPORATIONS<br>I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00343-GMN-CWH |

### NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO:   CLERK OF THE COURT; and

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant CONAN MANAGEMENT CORPORATION D/B/A SILVERADO VILLAS APARTMENTS, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and MARK C. SEVERINO, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel VATANA LAY, ESQ., is no longer the attorney of record in this case. Defendants request that Mr. Lay be removed from the Court's electronic service list.

1006363v.1

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ., and MARK C. SEVERINO, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant CONAN MANAGEMENT CORPORATION D/B/A SILVERADO VILLAS APARTMENTS. The firm name, address, telephone number, and fax number will remain the same.

DATED THIS ___ day of August, 2016.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
KYM SAMUEL CUSHING
Nevada Bar No. 4242
MARK C. SEVERINO
Nevada Bar No. 14117
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
702.727.1400; FAX 702.727.1401
Attorneys for Defendant
*CONAN MANAGEMENT CORPORATION
d/b/a SILVERADO VILLAS APARTMENTS*

IT IS SO ORDERED.

DATED:  August 5, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Page 2 of 3

1006363v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this ___4___ day of August, 2016, I served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Ralph E. Porter, Esq.
RALPH PORTER & ASSOCIATES, P.C.
525 S. Ninth Street
Las Vegas, NV 89101
Attorneys for Plaintiff
*Graciela Tobon*

_____
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Page 3 of 3

1006363v.1