RALPH E. PORTER, ESQ.
Nevada Bar No. 004130
ERICH N. STORM, ESQ.
Nevada Bar No. 4480
**RALPH PORTER & ASSOCIATES, P.C.**
525 S. Ninth Street
Las Vegas, Nevada 89101
(702) 384-5800
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GRACIELA TOBON, | CASE NO.: 2:15-cv-00343-GMN-CWH |
| Plaintiff, | |
| vs. | |
| SILVERADO REAL ESTATE, LLC;<br>CONAM MANAGEMENT CORPORATION;<br>DOES I through X, and ROE CORPORATIONS<br>I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

The above named parties, by and through their respective counsel of record, hereby stipulate to continue the Settlement Conference (currently scheduled to take place on September 23, 2016) to a later date of October 25, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This request is made as a result of the Plaintiff's counsel's having trial in another matter on

2    the same date in the Clark County District Court.

3    DATED this ____ day of August, 2016.          DATED this ___ day of August, 2016.

4    **WILSON, ELSER, MOSKOWITZ,**                  **RALPH PORTER & ASSOCIATES**
     **EDELMAN & DICKER LLP**
5

6

7    BY: */s/ Kym S. Cushing*                       BY: */s/ Erich N. Storm*
         Kym Samuel Cushing                             Ralph E. Porter
8        Nevada Bar No. 004242                          Nevada Bar No. 004130
         Mark Severino, Esq.                            Erich N. Storm
9        Nevada Bar No. 014117                          Nevada Bar No. 004480
         300 South 4th Street, 11th Floor               525 South 9th Street
10       Las Vegas, NV  89101                           Las Vegas, NV  89101
         Attorneys for Defendants                       Attorney for Plaintiff
11       *CONAM MANAGEMENT CORPORATION*                 *GRACIELA TOBON*
         *and SILVERADO REAL ESTATE, LLC*
12

13   IT IS ORDERED that the parties' stipulation (ECF No. 48) is GRANTED.  IT IS
     FURTHER ORDERED that the settlement conference currently set for September
14   23, 2016, at 9:00 a.m. is VACATED and is RESET for October 25, 2016, at 9:00
     a.m.  The parties are directed to report to Magistrate Judge Hoffman's chambers for
15   the settlement conference.
16   DATED: August 8, 2016

17   _____
     **UNITED STATES MAGISTRATE JUDGE**
18

19

20

21

22

23

24

25

26

27

28
                              Page 2 of 2

833699v.2