# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRACIELA TOBON, | |
| Plaintiff, | Case No.: 2:15-cv-00343-GMN-CWH |
| vs. | |
| SILVERADO REAL ESTATE, LLC; CONAM MANAGEMENT CORPORATION; | **ORDER** |
| Defendants. | |

On March 2, 2015, the Court required Defendants to show cause as to why the Court should not remand this action to Clark County District Court for failure to satisfy the diversity jurisdiction requirements set forth in 28 U.S.C. § 1332. (*See* ECF No. 9–10). Specifically, the Court required Defendants to show both that complete diversity is satisfied and that the amount in controversy exceeds $75,000. Defendants failed to comply with the Court's Orders. For example, the principal place of business for Silverado Real Estate, LLC is still unknown, and the place of incorporation provided is different from that provided in another case.

Accordingly, **IT IS HEREBY ORDERED** that Defendants shall have until 9/20/2016 to file a brief, not to exceed five (5) pages, addressing the jurisdictional issues implicated by the above referenced Minute Orders and explaining why the previous orders to show cause were not followed. The brief shall further show cause as to why the Court should not impose sanctions upon Defendants for failure to comply with the Court's Minute Orders. Failure to comply with this Order will result in this case being remanded.

**DATED** this 7th day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge