1

2

**KYM SAMUEL CUSHING**
Nevada Bar No. 4242
**MARK C. SEVERINO**
Nevada Bar No. 14117
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
702.727.1400; FAX 702.727.1401
kym.cushing@wilsonelser.com
Mark.severino@wilsonelser.com
*Attorneys for Defendants*
*CONAN MANAGEMENT CORPORATION & SILVERADO REAL ESTATE, LLC*

3

4

5

6

7

8

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

11    GRACIELA TOBON,                                      CASE NO.: 2:15-cv-00343-GMN-CWH

12                    Plaintiff,

13    vs.                                                   **STIPULATION AND ORDER FOR**
                                                            **DISMISSAL**
14
      SILVERADO REAL ESTATE, LLC;
15    CONAM MANAGEMENT CORPORATION;
      DOES I through X, and ROE CORPORATIONS
16    I through X, inclusive,

17                    Defendants.

18

19          IT IS HEREBY STIPULATED AND AGREED, by Defendants SILVERADO REAL

20    ESTATE, LLC and CONAM MANAGEMENT CORP. (hereinafter "Defendants"), by and

21    through their attorneys of record, Kym Samuel Cushing, Esq. and Mark C. Severino, Esq., of

22    Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and the Plaintiff, GRACIELA TOBON, by

23    and through her attorney of record Erich Storm, Esq. of Ralph Porter & Associates, P.C., that

24    . . .

25    . . .

26    . . .

27

28

1083111v.1

1    Plaintiff's Complaint against Defendants SILVERADO REAL ESTATE, LLC and CONAM

2    MANAGEMENT CORP. and any and all causes of action contained therein, be dismissed with

3    prejudice in its entirety, with each party to bear its own fees and costs.

4
     Dated this ____ day of December, 2016.          Dated this ____ day of December, 2016.
5

6    **WILSON, ELSER, MOSKOWITZ,**                   **RALPH PORTER & ASSOCIATES, P.C.**
     **EDELMAN & DICKER LLP**
7

8

9    **KYM SAMUEL CUSHING**                          **ERICH STORM, ESQ.**
     Nevada Bar No. 4242                             525 S. Ninth Street
10   **MARK C. SEVERINO**                            Las Vegas, NV 89101
     Nevada Bar No. 14117                            *Attorneys for Plaintiff*
11   300 South 4th Street, 11th Floor                *GRACIELA TOBON*
     Las Vegas, NV 89101-6014
12   *Attorneys for Defendants CONAN*
     *MANAGEMENT CORPORATION&*
13   *SILVERADO REAL ESTATE, LLC*

14

15       IT IS SO ORDERED this ___4___ day of January, 2017.

16

17       _____
         UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27
                                    Page 2 of 2
28

1083111v.1